IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MCMILLIAN**                                                                                              **PLAINTIFF**

**v.**                                                                              **CAUSE NO. 1:15CV134-LG-RHW**

**NAVIGATOR CREDIT UNION**                                                            **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED** this the 12th day of November 2015.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge